**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7345**

WRITER'S EMAIL ADDRESS
**danbrockett@quinnemanuel.com**

May 10, 2017

**VIA ECF**
Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
Court Room 21B
New York, NY  10007-1312

Re:   *Trueex, LLC et al v. Markitserv Limited et al.*, Case No. 17-cv-03400

Judge Kaplan:

On behalf of Plaintiffs trueEX, LLC and truePTS, LLC (together, "trueEX"), we write with the consent of Defendants MarkitSERV Limited and MarkitSERV, LLC (together, "MarkitSERV") to submit the attached Stipulated Standstill Agreement and Proposed Scheduling Order (the "Stipulation") for the Court's consideration and approval in the above-captioned matter.

On May 8, 2017, trueEX filed a Complaint against MarkitSERV asserting, *inter alia*, claims arising under Section 2 of the Sherman Act.  trueEX's claims arise out of MarkitSERV's notice of termination of the parties' September 2011 Services Agreement.

To maintain the status quo pending an orderly preliminary injunction hearing, trueEX and MarkitSERV have entered into the Stipulation, which tolls the Services Agreement's termination date while the parties litigate trueEX's anticipated motion for a preliminary injunction.  The Stipulation also sets forth a schedule for expedited discovery and a briefing schedule.  We attach the Stipulation hereto as Exhibit A to this letter.

The parties respectfully request that the Court so-order the Stipulation, and set a hearing date for trueEX's anticipated motion for a preliminary injunction on July 24, 2017.

quinn emanuel urquhart & sullivan, llp

LOS ANGELES | NEW YORK | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | HOUSTON | SEATTLE
LONDON | TOKYO | MANNHEIM | MOSCOW | HAMBURG | PARIS | MUNICH | SYDNEY | HONG KONG | BRUSSELS | ZURICH

Respectfully submitted,

/s/ Daniel L. Brockett

Daniel L. Brockett

cc:  Counsel of record