**Proskauer»** Proskauer Rose LLP   1001 Pennsylvania Avenue, NW Suite 600 South   Washington, DC 20004-2533

May 24, 2017

Colin Kass
Member of the Firm
d 202.416.6890
f 202.416.6899
ckass@proskauer.com
www.proskauer.com

<u>*Via ECF*</u>

Hon. Lewis A. Kaplan, United States District Judge
United States District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007

   Re: *trueEX, LLC et al. v. MarkitSERV Limited et al.*, 17-CV-3400 (LAK)

Dear Judge Kaplan:

  We represent Defendants MarkitServ Limited and MarkitServ, LLC ("MarkitServ") in the above-captioned action. Pursuant to Your Honor's Individual Rules and Section 13.1 of the ECF Rules and Instructions, we submit this letter motion to file under seal portions of Defendants' Brief in Opposition to Plaintiffs' Motion for Preliminary Injunction, and certain documents and information filed in support thereof, to be filed on Thursday, May 25, 2017.

  Specifically, MarkitServ seeks to file under seal (i) documents produced by Plaintiffs and designated "Attorneys' Eyes Only;" and (ii) materials containing commercially sensitive business and financial information related to costs, revenues, profits, and market shares.

  MarkitServ seeks to seal only the material that would disclose confidential and sensitive information. It will file redacted copies of the relevant papers on ECF. Unredacted copies will be provided to counsel for Plaintiffs and delivered to chambers in accordance with the Court's Individual Rules.

  MarkitServ accordingly respectfully requests that the Court so-order this request.

           Respectfully Submitted,

          /s/ *Colin Kass*

          Colin Kass