EXHIBIT A

## STIPULATION OF DISMISSAL



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------- X

TRUEEX, LLC, AND TRUEPTS, LLC

                               Plaintiffs,

            v.

MARKITSERV LIMITED, and
MARKITSERV, LLC

                               Defendants.
-------------------------------- X

. ECF CASE

. Civil Action No. 17-CV-3400 (LAK)

. **STIPULATION OF DISMISSAL
  WITH PREJUDICE**

WHEREAS, on May 8, 2017, Plaintiffs trueEX, LLC and truePTS, LLC (together, "trueEX") filed a complaint in the above-captioned action against Defendants MarkitSERV Limited and MarkitSERV, LLC (together, "MarkitSERV");

WHEREAS, this action has been compromised and settled;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the undersigned, counsel of record to all parties to this action, as follows:

1.      This action is dismissed with prejudice, pursuant to Fed. R. Civ. P. 41(a), without costs or attorneys' fees to any party hereto.

2.      The Court shall retain jurisdiction for the limited purpose of enforcing the parties'

Settlement Agreement.

DATED: November 20, 2017    QUINN EMANUEL URQUHART & SULLIVAN LLP


/s/ Dan Brockett
Daniel L. Brockett
Thomas J. Lepri
Adam Abensohn
Kanika Shah


51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: 212/849-7000
212/849-7100

danbrockett@quinnemanuel.com
thomaslepri@quinnemanuel.com
adamabensohn@quinnemanuel.com
kanikashah@quinnemanuel.com

Attorneys for Plaintiffs trueEX, LLC and truePTS, LLC

DATED: November 20, 2017    PROSKAUER ROSE LLP

_____

Colin Kass
Gregg M. Mashberg
Scott A. Eggers
David A. Munkittrick
Seth Fiur

| | |
|---|---|
| 11 Times Square | 1001 Pennsylvania Ave., N.W. |
| New York, NY 10036 | Suite 600 South |
| Tel. 212-969-3000 | Washington, DC 20004 |
| Fax 212-969-2900 | Tel. 202-416-6890 |
| | Fax 202-416-6899 |

CKass@proskauer.com
GMashberg@proskauer.com
SEggers@proskauer.com
DMunkittrick@proskauer.com
SFiur@proskauer.com

So Ordered:

_____ U.S.D.J.
11/28/17